# AFFIDAVIT OF SERVICE

| Case: 1:22−cv−02316 | Court: UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3 Eastern Division | County: | Job: 7205081 |
|---|---|---|---|
| Plaintiff / Petitioner: Nadia Ward | | Defendant / Respondent: The Allstate Corporation | |
| Received by: Nationwide Investigations | | For: Liberty Litigation Support | |
| To be served upon: The Allstate Corporation c/o CT Corporation System | | | |

I, Kyle Clutter, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

| | |
|---|---|
| Recipient Name / Address: | Derek Hackett , Company: 208 S. LaSalle St., Ste. 814, Chicago,, IL 60604 |
| Manner of Service: | Authorized, Jun 10, 2022, 8:59 am CDT |
| Documents: | Summons on Allstate Issued.pdf (Received Jun 8, 2022 at 5:43am CDT), 2022-05-03 Complaint [dckt 1_0].pdf (Received Jun 8, 2022 at 5:43am CDT), 2022-05-05 Minute [dckt 5_0].pdf (Received Jun 8, 2022 at 5:43am CDT) |

**Additional Comments:**
1) Successful Attempt: Jun 10, 2022, 8:59 am CDT at Company: 208 S. LaSalle St., Ste. 814, Chicago,, IL 60604 received by Derek Hackett . Relationship: Document Specialist ;

_[signature]_                                        06/13/2022

Kyle Clutter                                         Date
115-002370

Nationwide Investigations
333 S Wabash Ave Suite 2700
Chicago, IL 60604
312-361-3598