UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **NADIA WARD,** individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br>v.<br><br>**THE ALLSTATE CORPORATION,**<br><br>     Defendant. | No. 1:22-cv-02316<br><br>Hon. Sharon Johnson Coleman |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES Plaintiff NADIA WARD, by and through the undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby files this notice of voluntary dismissal of the above-styled cause, without prejudice, and with each party to bear its own costs and fees, in order to pursue her claims in arbitration.

Dated:  July 28, 2022

Respectfully submitted,

*/s/ Matthew S. Parmet*
Matthew S. Parmet
N.D. Ill. Bar. # 24069719 (TX)
PARMET PC
3 Riverway, Suite 1910
Houston, TX  77056
(713) 999-5228
matt@parmet.law

Michael N. Hanna
N.D. Ill. Bar # 85035 (FL)
MORGAN & MORGAN, P.A
55 E. Monroe St., Ste. 3800
Chicago, IL 60603
(313) 251-1399
mhanna@forthepeople.com

*Attorneys for Plaintiff*